| | |
|---|---|
| DON E. DAWSON, | Civil No. 3:18-CV-05284 |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision be REVERSED and REMANDED to the Commissioner for further administrative proceedings.

On remand, the Appeals Council will direct the Administrative Law Judge to hold a *de novo* hearing, conduct a complete, new sequential evaluation of Dawson's disability claim, and issue a new decision. The administrative law judge will ensure the Agency makes reasonable efforts to obtain records from the claimant's primary care provider, Don Allison, M.D., in accordance with 20 C.F.R. § 404.1512(b); reevaluate the medical opinion evidence; as necessary, reassess the claimant's maximum residual functional capacity; and if warranted by the expanded record, obtain supplemental vocational expert testimony to clarify the effect of the assessed

Page 1    ORDER - [3:18-CV-05284]

limitations on the claimant's ability to perform his past relevant work and other work in the national economy. The parties agree that no specific aspect of the Commissioner's final decision is affirmed.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further administrative proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 29th day of October, 2018.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

Presented by:

s/ Joseph J. Langkamer
JOSEPH J. LANGKAMER
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2212
Fax: (206) 615-2531
joseph.langkamer@ssa.gov